UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Man Ferrostaal, Inc, n/k/a
Ferrostaal Metals Group, Inc.

        Plaintiff,           07 CIV 11076 (RJH)(MHD)
                                    ECF CASE
-against-

                                    **RULE 7.1 STATEMENT**

M/v SPAR CANIS, her engines, etc., Spar Shipholding A/S,
Fleet Management Ltd., SK Shipping Ltd.

        Defendants.
-----------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated:  November 30, 2007

                                          KINGSLEY, KINGSLEY & CALKINS
                                          Attorneys for Plaintiff

                                          BY:___/S/_____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064