UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC. N/k/a FERROSTAAL METALS GROUP , INC.

                Plaintiff,

-V-

M/V SPAR CANIS, her engines, etc., spar shipholding A/S, FLEET MANAGEMENT LTD., SK SHIPPING LTD.,
                Defendants,

**CERTIFICATE OF MAILING**

07 CV 11076(RJH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**4ᵀᴴ day of January, 2008**

I served the

SUMMONS & AMENDED VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**7ᵀᴴ day of December, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 896 228 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

December 19, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS
—V SPAR CANIS, et al.

d Complaint on the following defendant
of Civil Procedure Rule 4: (f)(2)(c) (ii):

ing, 267
, Chung-gu

Very truly yours,

[signature]