UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC. N/k/a FERROSTAAL METALS GROUP, INC.

      Plaintiff,

      -V-

M/V SPAR CANIS, her engines, etc., spar shipholding A/S, FLEET MANAGEMENT LTD., SK SHIPPING LTD.,
      Defendants,

**CERTIFICATE OF MAILING**

07 CV 11076(RJH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**4TH day of January, 2008**

I served the

SUMMONS & AMENDED VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**7TH day of December, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 896 262 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

December 19, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC. v. M/V SPAR CANIS, et al.
07 CIV 11076 (RJH)
Our Ref: FS 7955

[Registered mail receipt affixed over portion of letter]

Registered No. RB632896262US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp: 01/04/08   0004   08
Customer Must Declare Full Value $0.00

FROM: Kingsley, Kingsley + Calkins
91 West Cherry Street
Hicksville, NY 11801
FS 7955

TO: Spar Shipholding A/S
Holstadflatan 30
Hokstad 5257
Bergen, Norway

PS Form 3806, May 2007 — Receipt for Registered Mail

...l Complaint on the following defendant
...f Civil Procedure Rule 4: (f)(2)(c) (ii):

Very truly yours,

[signature]