BLANK ROME LLP
Attorneys for Defendant
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V SPAR CANIS, her engines, etc., SPAR SHIPHOLDING A/S, FLEET MANAGEMENT LTD., SK SHIPPING LTD., <br><br> Defendants. | 07 Civ. 11076 (RJH) <br><br><br> RULE 7.1 STATEMENT OF FLEET MANAGEMENT LTD. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, FLEET MANAGEMENT LTD. ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant is an affiliate of Noble Group Ltd., whose shares are traded publicly on the Singapore Stock Exchange (ticker: SGX: NOBL).

Dated: New York, NY
       February 21, 2008

Respectfully submitted,

BLANK ROME, LLP
Attorneys for Defendant
  FLEET MANAGEMENT LTD.

By _____
   LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

129025.00601/6618022v.1