BLANK ROME LLP
Attorneys for Defendant
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V SPAR CANIS, her engines, etc., SPAR SHIPHOLDING A/S, FLEET MANAGEMENT LTD., SK SHIPPING LTD., <br><br> Defendants. | 07 Civ. 11076 (RJH) <br><br> **RULE 7.1 STATEMENT OF SPAR SHIPHOLDING A/S** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, SPAR SHIPHOLDING A/S ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, NY
February 21, 2008

Respectfully submitted,

BLANK ROME, LLP
Attorneys for Defendant
SPAR SHIPHOLDING A/S

By _____
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

129025.00601/6618031v.1