FS7955/HMK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC. n/k/a
FERROSTAAL METALS GROUP, INC.

                    Plaintiff,                07 CV 11076 (RJH)
                                                          ECF CASE

   -against-

                                                          **DECLARATION IN**
M/V SPAR CANIS, her engines, etc., SPAR      **SUPPORT OF PRAYER**
SHIPHOLDING A/S, FLEET MANAGEMENT     **FOR ISSUANCE OF**
LTD., SK SHIPPING LTD.,                                 **PROCESS OF**
                                                          **MARITIME**
                    Defendants.               **ATTACHMENT**
-------------------------------------------------------------X

       KEVIN T. MURTAGH declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am the attorney for plaintiff and am fully familiar with this litigation. I make this declaration in support of plaintiff's prayer for issuance of process of maritime attachment against defendant SK Shipping Ltd.

2.     I have personally attempted to locate offices or general agents of SK Shipping Ltd. but have been unsuccessful. I have searched the New York Department of State Division of Corporations website and have found that SK Shipping Ltd. is not a New York corporation nor is it authorized to do business in New York. I have also searched the SK Shipping website and there are no offices listed in the New York area. The list of SK Shipping world offices is attached as *Exhibit 1*. To my information and belief, defendant SK Shipping Ltd. cannot be found in this District.

1

3. Upon information and belief, Defendant SK Shipping Ltd. may have monies, goods, chattels, credits, and effects present in this District.

WHEREFORE, deponent respectfully requests that process of Maritime Attachment and Garnishment issue against monies, goods, chattels, credit and effects belonging to SK Shipping Ltd.

Dated: April 28, 2008

_____/S/_____
KEVIN T. MURTAGH



SK shipping

Home   Contact Us   Site Map   Korean   SK.COM

| Company | Business | Safety & Environment | PR |

# Contact Us

> Home > Contact Us · World Offices

- World Offices
- People in Charge
- Feedback & Inquiry

## World Offices



* Local Incorporations

### ASIA

**SINGAPORE**

SK Shipping (Singapore) Pte. Ltd.

- 9 Raffles Place, #53-03
  Republic Plaza
  Singapore 048619
- TEL: 65-6227-5277
- FAX: 65-6227-5177
- isok@skshipping.com

**JAPAN**

SK Shipping Japan Co.,Ltd.

- Tokyo Sakurada Bldg. 8F 1-3,
  1-Chome, Nishishimbashi,
  Minato-ku, Tokyo
  105-0003
- TEL : 81-3-3591-7871
- FAX : 81-3-3591-7870
- eschu@skshipping.com

**CHINA**

Dalian Jinggu Energy & Chemical Co., Ltd.

- No. 10, Gongxing Road Ganjingzi
  District Dalian
- TEL: 86-411-667-8954
- FAX: 86-411-667-8744
- jhgchina@yahoo.co.kr

SKSH Shanghai Office

### EUROPE

**UNITED KINGDOM**

SK Shipping Europe PLC.

- 5th Fl., 24 Cornhill,
  London EC3V 3ND
- TEL: 44-20-7929-8686
- FAX: 44-20-7621-9551
- mbridge@skshippingeurope.com



- #6J, Hongqiao Business Center, No.2272 Hongqiao Rd, Shanghai, China (200336)
- TEL: 86-21-6237-6576
- FAX: 86-21-6237-6957
- shanghai@skshipping.com

Print    Top

Copyright © 2003 SK Shipping Co. Ltd. All rights reserved.
Terms of Usage and Privacy Policy

WORLD CLOCK    Select country    Apr 9,    15:05:05