FS7955/HMK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC. n/k/a
FERROSTAAL METALS GROUP, INC.

                Plaintiff,                07 CV 11076 (RJH)
                                                        ECF CASE
   -against-

                                                    **DECLARATION IN**
M/V SPAR CANIS, her engines, etc., SPAR       **SUPPORT OF MOTION**
SHIPHOLDING A/S, FLEET MANAGEMENT       **FOR APPOINTMENT**
LTD., SK SHIPPING LTD.,                                  **OF PROCESS**
                                                    **SERVER**
                Defendants.
------------------------------------------------------------X

     I, HAROLD M. KINGSLEY, make this declaration pursuant to 28 U.S.C. § 1746 in support of plaintiff's Motion for Appointment of Process Server pursuant to Fed. R. Civ. P. 4(c).

1.    I am a member of the law firm of Kingsley Kingsley & Calkins, attorneys for plaintiff herein, and a member of the bar of this Court.

2.    I respectfully request that the Court appoint Kevin T. Murtagh, or any other partner, associate, or paralegal employed by the Law Offices of Kingsley Kingsley & Calkins, or a licensed process server, who is over 18 years of age, and is not a party to this action, to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, Process of Maritime Attachment and Garnishment, any Supplemental Process, and a copy of the Amended Verified Complaint with Prayer for Maritime Attachment on all

1

garnishees in this matter.

3.  I understand that there is a manpower shortage in the office of the U.S. Marshal and of the inability of that office to effect service of process on a few hours notice.

4.  In view of the deficiency of manpower in the U.S. Marshal's office, and the necessity of immediate service of process in this matter, it is respectfully requested that Kevin T. Murtagh, or any other person employed at the Law Offices of Kingsley Kingsley & Calkins, or a licensed process server be appointed to effect such service. Such appointment will result in a substantial saving of travel fees and other fees to the U.S. Marshal.

WHEREFORE, deponent respectfully requests that the Court appoint Kevin T. Murtagh, or any other person employed by at the Law Offices of Kingsley Kingsley & Calkins, or a licensed process server to serve the Order Directing Clerk to issue Process of Maritime Attachment and Garnishment, Process of Maritime Attachment and Garnishment, any Supplemental Process, and a copy of the Amended Verified Complaint with Prayer for Maritime Attachment on all garnishees as so permitted therein.

Dated: April 28, 2008

_____/S/_____
HAROLD M. KINGSLEY