

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313



RECEIVED
JUL 9 2008
CHAMBERS OF
RICHARD J. HOLWELL

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 7/14/08

July 9, 2008

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, RM 1950
New York, NY 10007

**Via Fax: (212) 805-7948**

RE: Ferrostaal Metals Group, Inc. v. M/V SPAR CANIS, *et al.*
07 CIV 11076 (RJH)
Our Ref: FS 7955

Hon. Sir:

We represent the plaintiff herein. Pursuant to the scheduling order that was so ordered by the Court on March 20, 2008, discovery is due to be completed by July 11, 2008, and a pretrial conference is to be held on Friday, July 18, 2008, at 10:30 A.M. We respectfully request an extension of the discovery schedule and an adjournment of the pretrial conference. This is the first request for an extension of the discovery schedule and adjournment of the pretrial conference. Counsel for defendants Spar Shipholding and Fleet Management Ltd join in this request.

This is a maritime action alleging negligence and breach of contract and bailment by carriers during transportation of plaintiff's cargo. We were discussing possible settlement of the claims with the insurance correspondent for defendant S.K. Shipping Ltd. We were unable to reach a settlement and we served various banks with a Rule B attachment however, we have yet to locate any funds in this district. We have instructed defendant S.K. Shipping's insurance correspondents to appoint counsel since we are unable to reach a settlement.

Thus, we respectfully <u>request a 60 day extension of time to allow attorneys for S.K. Shipping Ltd. to appear, and to complete discovery.</u> We also respectfully request the pretrial conference scheduled for Friday, July 18, 2008, be adjourned to a time after the new end of discovery date.

Thank you.

*Application Granted*
*The 7/18/08 conference*
*is adjourned to*
*to 9/12/08 at 10:00 am*

Respectfully,

[signature]

KTM/

cc: BLANK ROME, ESQS.    Via Fax
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10174
    Attn: Thomas H. Belknap, Esq.

*SO ORDERED*
[signature]
USDJ
7/14/08