FS7955/HMK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAN FERROSTAAL, INC. n/k/a
FERROSTAAL METALS GROUP, INC.

                      Plaintiff,                          07 CV 11076 (RJH)
                                                                                             ECF CASE

-against-

M/V SPAR CANIS, her engines, etc., SPAR              **STIPULATION OF**
SHIPHOLDING A/S, FLEET MANAGEMENT               **VOLUNTARY**
LTD., SK SHIPPING LTD.,                                                **DISMISSAL**

                      Defendants.
----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, against all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 3, 2008

KINGSLEY KINGSLEY & CALKINS           BLANK ROME, ESQS.
Attorneys for Plaintiff                            Attorneys for Spar Shipholding A/S
                                                            and Fleet Management Ltd.

By: _____                 By: _____
     HAROLD M. KINGSLEY                       THOMAS H. BELKNAP (TB3188)
     91 W. Cherry Street                             The Chrysler Building
     Hicksville, NY 11801                           405 Lexington Avenue
     (516) 931-0064                                     New York, NY 10174
                                                           (212) 885-5000