


FS7955/HMK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAN FERROSTAAL, INC. n/k/a
FERROSTAAL METALS GROUP, INC.

      Plaintiff,        07 CV 11076 (RJH)
                     ECF CASE
 -against-

M/V SPAR CANIS, her engines, etc., SPAR    STIPULATION OF
SHIPHOLDING A/S, FLEET MANAGEMENT   VOLUNTARY
LTD., SK SHIPPING LTD.,            DISMISSAL

      Defendants.
-------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, against all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 3, 2008

KINGSLEY KINGSLEY & CALKINS     BLANK ROME, ESQS.
Attorneys for Plaintiff            Attorneys for Spar Shipholding A/S
                         and Fleet Management Ltd.

By: _____       By: _____
HAROLD M. KINGSLEY          THOMAS H. BELKNAP (TB3188)
91 W. Cherry Street            The Chrysler Building
Hicksville, NY 11801           405 Lexington Avenue
(516) 931-0064             New York, NY 10174
                         (212) 885-5000

                       SO ORDERED

                       _____
                       USDJ
                       9/5/08